**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Jessica Bhan v. Bryan James Danet and William Todd Kranz

Appellate case number:   01-10-00963-CV

Trial court case number:  0760263

Trial court:                     313th District Court of Harris County

On October 3, 2014, the Court granted the parties' joint motion to set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties have filed a joint motion requesting immediate issuance of the Court's mandate. *See* TEX. R. APP. P. 18.1(c).

We **grant** the motion and direct the Clerk of the Court to issue the mandate today, October 7, 2014. *See id.*

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                             ☑ Acting individually      ☐ Acting for the Court

Date: October 7, 2014